IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MOHAMMED SANOGO,

    Plaintiff,

v.

UNIVERSITY OF DELAWARE,
LIEUTENANT ANTHONY BATTLE, and
MASTER POLICE OFFICER VALERIE
BATTLES,

    Defendants.

Civil Action No. 24-00750-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion to dismiss (D.I. 9) is GRANTED in part and DENIED in part. The motion as to Count I (excessive force) is DENIED. The motion as to Count II (malicious prosecution) is GRANTED. The motion as to Count III (assault) is GRANTED with leave to amend. The motion as to Count IV (battery) is DENIED. The motion as to Count V (*respondeat superior*) is DENIED. Counts II and III are DISMISSED.

IT IS SO ORDERED.

Entered this 16th day of May, 2025

United States District Judge

1