# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMED SANOGO, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) C.A. No. 24-cv-00750-RGA |
| v. | ) |
| | ) |
| UNIVERSITY OF DELAWARE, *et al.* | ) |
| | ) |
| *Defendants*. | ) |

## STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS on or about June 25, 2024, Plaintiff, Mohammed Sanogo ("Plaintiff"), filed a Complaint (D.I. 1) in the above-captioned action (the "Action");

WHEREAS on or about September 6, 2024, Defendants, the University of Delaware, Lieutenant Anthony Battle, and Master Police Officer Valerie Battles (collectively, "Defendants"), filed a Motion to Dismiss the Complaint (D.I. 9);

WHEREAS briefing on the Motion to Dismiss concluded on or about October 18, 2024 (*see* D.I. 13);

WHEREAS on or about May 16, 2025, the Court issued a Memorandum Opinion denying in part and granting in part the Motion to Dismiss (*see* D.I. 14, 15);

WHEREAS the Court granted a stipulation extending the Defendants' response date to September 9 (D.I. 20);

WHEREAS the parties have conferred again and agree to extend Defendants' response deadline by an additional sixty (60) days.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the

56030028.1

time for Defendants to file their response to Plaintiff's Complaint is extended to November 7, 2025.

| **JACOBS & CRUMPLAR, P.A.** | **SAUL EWING LLP** |
|---|---|
| */s/ Patrick C. Gallagher* <br> Patrick C. Gallagher, Esq. (#5170) <br> 10 Corporate Circle, Suite 301 <br> New Castle, DE 19720 <br> (302) 656-5445 <br> pat@jcdelaw.com <br><br> *Counsel for Plaintiff* | */s/ James D. Taylor, Jr.* <br> James D. Taylor, Jr. (#4009) <br> Juliana G. Clifton (#6980) <br> 1201 N. Market St., Suite 2300 <br> Wilmington, DE 19801 <br> (302) 421-6863 <br> james.taylor@saul.com <br> juliana.clifton@saul.com <br><br> *Counsel for Defendants* |

Dated: September 9, 2025

    SO ORDERED this _____ day of _____, 2025.

                                         _____
                                         THE HONORABLE RICHARD G. ANDREWS,
                                         UNITED STATES DISTRICT COURT JUDGE