## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMED SANOGO,           )<br>                                              )<br>            Plaintiff,              )<br>                                              )     C.A. No. 1:24-cv-00750-RGA<br>        v.                                  )<br>                                              )     JURY TRIAL DEMANDED<br>UNIVERSITY OF DELAWARE, a Delaware )<br>corporation, LIEUTENANT ANTHONY  )<br>BATTLE, in his individual capacity, and )<br>MASTER POLICE OFFICER VALERIE  )<br>BATTLES,                                )<br>                                              )<br>            Defendants.            ) | |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties through their counsel that all claims against Defendants are hereby dismissed with prejudice. Each party shall bear its or his own attorneys' fees and costs.

| | |
|---|---|
| **JACOBS & CRUMPLAR, P.A.** | **SAUL EWING LLP** |
| /s/ *Patrick C. Gallagher* | /s/ *James D. Taylor, Jr.* |
| Patrick C. Gallagher, Esq. (DE 5170) | James D. Taylor, Jr. (DE 4009) |
| 10 Corporate Circle, Suite 301 | Juliana G. Clifton (DE 6980) |
| New Castle, DE 19720 | 1201 N. Market Street, Suite 2300 |
| (t) (302) 656-5445 | Wilmington, DE 19801 |
| pat@jcdelaw.com | (t) (302) 421-6800 |
| *Attorney for Plaintiff* | james.taylor@saul.com |
| | Juliana.clifton@saul.com |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
Honorable Richard G. Andrews
Judge, U.S. District Court