# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMED SANOGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:24-cv-00750-RGA ) |
| | ) JURY TRIAL DEMANDED |
| UNIVERSITY OF DELAWARE, a Delaware corporation, LIEUTENANT ANTHONY BATTLE, in his individual capacity, and MASTER POLICE OFFICER VALERIE BATTLES, | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties through their counsel that all claims against Defendants are hereby dismissed with prejudice. Each party shall bear its or his own attorneys' fees and costs.

**JACOBS & CRUMPLAR, P.A.**

/s/ *Patrick C. Gallagher*
Patrick C. Gallagher, Esq. (DE 5170)
10 Corporate Circle, Suite 301
New Castle, DE 19720
(t) (302) 656-5445
pat@jcdelaw.com
*Attorney for Plaintiff*

**SAUL EWING LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (DE 4009)
Juliana G. Clifton (DE 6980)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(t) (302) 421-6800
james.taylor@saul.com
Juliana.clifton@saul.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: 10/28/2025

/s/ Richard G. Andrews
Honorable Richard G. Andrews
Judge, U.S. District Court